1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SINGLETARY<br><br>Plaintiff<br><br>v.<br><br>DALIPSONS CORPORATION; and DOES 1 THROUGH 10, Inclusive<br><br>Defendants | Case No.: #: 1:13-cv-01738-LJO-GSA<br><br>ORDER GRANTING JOINT STIPULATION FOR DISMISSAL AND DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFF'S COMPLAINT IN ITS ENTIRETY<br><br>[Fed. R. Civ. P. Rule 41(a)(2)] |

   IT IS HEREBY ORDERED, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), that Defendants Dalipsons Corporation be dismissed with prejudice from Plaintiff's Complaint and Plaintiff's Complaint be dismissed with prejudice in its entirety, Case Number #: 1:13-cv-01738-LJO-GSA.  The clerk is directed to close this action.

IT IS SO ORDERED.

   Dated:  **December 27, 2013**            /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE